B6F (Official Form 6F) (12/07)

IN RE **GALVEZ ORTIZ, ALFREDO & CLAUDIO ALAMO, MARIA MILAGROS**           Case No. **07-7379**
             Debtor(s)                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10100145102080002** <br> **BANCO POPULAR** <br> **PO BOX 2708** <br> **SAN JUAN, PR  00936** | | | **Installment account opened 8/05** | | | | **21,320.00** |
| ACCOUNT NO. **454954828387** <br> **BANCO POPULAR-VISA** <br> **PO BOX 3228** <br> **SAN JUAN, PR  00936** | | | **Revolving account opened 8/05** | | | | **3,502.00** |
| ACCOUNT NO. **0368** <br> **BRYLANE HOME** <br> **PO BOX 182121** <br> **COLUMBUS, OH  43218** | | W | **Installment account opened 10/03** | | | X | **810.00** |
| ACCOUNT NO. **0671** <br> **CAPITAL ONE** <br> **PO BOX 85184** <br> **RICHMOND, VA  23285-5184** | | W | **Installment account opened 11/05** | | | X | **922.00** |

____**3**____ continuation sheets attached

Subtotal (Total of this page) $ **26,554.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **GALVEZ ORTIZ, ALFREDO & CLAUDIO ALAMO, MARIA MILAGROS**        Case No. **07-7379**
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6035320155743972**<br>**CITIBANK USA**<br>**PO BOX 6003**<br>**HAGERSTOWN, MD 21747** | | | **Revolving account opened 3/04** | | | | **34.00** |
| ACCOUNT NO. **0455**<br>**CITIBANK USA**<br>**PO BOX 6003**<br>**HAGERSTOWN, MD 21747** | | W | **Installment account opened 10/07** | | | X | **78.00** |
| ACCOUNT NO. **6075013426123919**<br>**CITIFINANCIAL**<br>**PO BOX 499**<br>**HANOVER, MD 21076** | | | **Installment account opened 5/06** | | | | **4,399.00** |
| ACCOUNT NO. **6032593011064956**<br>**CITIFINANCIAL**<br>**111 CARR 174 STE 2**<br>**BAYAMON, PR 00959** | | | **Revolving account opened 12/06** | | | | **1,600.00** |
| ACCOUNT NO. **549154016224**<br>**CITIUSA**<br>**PO BOX 6241**<br>**SIOUX FALLS, SD 57117** | | | **Revolving account opened 12/04** | | | | **3,859.00** |
| ACCOUNT NO. **4072370054971357**<br>**COMMOLOCO**<br>**CALLE VIZCARRONDO#75**<br>**CAGUAS, PR 00725** | | | **Installment account opened 4/07** | | | | **4,024.00** |
| ACCOUNT NO. **720460210038**<br>**COSTCO**<br>**PO BOX 15521**<br>**WILMINGTON, DE 19805** | | | **Revolving account opened 2/05** | | | | **229.00** |

Sheet no. **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **14,223.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **GALVEZ ORTIZ, ALFREDO & CLAUDIO ALAMO, MARIA MILAGROS**       Case No. **07-7379**
                              Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4952** <br> **HSBC NV** <br> **PO BOX 5213** <br> **CAROL STREAM, IL 60197** | | W | Installment account opened 10/04 | | | X | **898.00** |
| ACCOUNT NO. **6965** <br> **HSBC NV** <br> **PO BOX 19360** <br> **PORTLAND, OR 97280** | | W | 11/2004 | | | X | **129.00** |
| ACCOUNT NO. **2020** <br> **MCYDSNB** <br> **9111 DUKE BLVD** <br> **MASON, OH 45040** | | W | 10/2006 | | | X | **155.00** |
| ACCOUNT NO. **0703** <br> **MERRICK BANK CORP.** <br> **PO BOX 5000** <br> **DRAPER, UT 84020** | | W | Installment account opened 9/06 | | | X | **779.00** |
| ACCOUNT NO. **601918091303** <br> **PEB BOYS** <br> **PO BOX 981439** <br> **EL PASO, TX 79998** | | | Revolving account opened 10/04 | | | | **419.00** |
| ACCOUNT NO. **601918091305** <br> **PEP BOYS** <br> **PO BOX 981439** <br> **EL PASO, TX 79998** | | | Revolving account opened 10/04 | | | | **419.00** |
| ACCOUNT NO. **6571** <br> **SAM'S** <br> **PO BOX 103036** <br> **ROSWELL, GA 30076-9036** | | W | Installment account opened 8/07 | | | | **1,101.00** |

Sheet no. **2** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,900.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **GALVEZ ORTIZ, ALFREDO & CLAUDIO ALAMO, MARIA MILAGROS**             Case No. **07-7379**
                         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **504994017226**<br>**SEARS**<br>**PO BOX 6189**<br>**SIOUX FALLS, SD  57117** | | | **Revolving account opened 9/05** | | | | **1,918.00** |
| ACCOUNT NO. **1009592681**<br>**SUN COM**<br>**PO BOX 70157**<br>**SAN JUAN, PR  00936-8157** | | J | | | | | **300.00** |
| ACCOUNT NO. **603220300122**<br>**WALMART**<br>**PO BOX 981400**<br>**EL PASO, TX  79998** | | | **Revolving account opened 9/02** | | | | **2,695.00** |
| ACCOUNT NO. **5097**<br>**WALMART**<br>**PO BOX 530927**<br>**ATLANTA, GA  30353-0927** | | W | **Installment account opened 12/03** | | | X | **573.00** |
| ACCOUNT NO. **6648**<br>**WFNNB/DOMESTICATIONS**<br>**PO BOX 2974**<br>**SHAWNEE MISSION, KS  66201** | | W | **Installment account opened 9/06** | | | X | **268.00** |
| ACCOUNT NO. **8092**<br>**WFNNB/METRO STYLE**<br>**220 W SCHROCK RD**<br>**WESTERVILLE, OH  43081** | | W | **Installment account opened 3/05** | | | X | **444.00** |
| ACCOUNT NO. **6308**<br>**WFNNB/ROAMANS**<br>**PO BOX 2974**<br>**COLUMBUS, OH  43218** | | W | **Installment account opened 5/06** | | | X | **380.00** |

Sheet no. **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **6,578.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $  **51,255.00**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **GALVEZ ORTIZ, ALFREDO & CLAUDIO ALAMO, MARIA MILAGROS**       Case No. **07-7379**
                                      Debtor(s)                                                               (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**18**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 19, 2007**     Signature: */s/ ALFREDO GALVEZ ORTIZ*
                                                **ALFREDO GALVEZ ORTIZ**                                                      Debtor

Date: **December 19, 2007**     Signature: */s/ MARIA MILAGROS CLAUDIO ALAMO*
                                                **MARIA MILAGROS CLAUDIO ALAMO**                          (Joint Debtor, if any)
                                                                                                       [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____         _____
Signature of Bankruptcy Petition Preparer                                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                            _____
                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only